MATTHEW R. VANNAH, ESQ.
Nevada Bar No. 006855
Vannah & Vannah
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104
mvannah@vannahlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZOE ALTERWITZ-GREENE,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1 through 20,<br><br>  Defendants. | CASE NO.: 2:21-cv-00504-RFB-DJA<br><br>**[Proposed] JOINT DISCOVERY PLAN (SUBMITTED IN COMPLIANCE WITH LR 26-1(b))** |

Plaintiff, Zoe Alterwitz-Greene, and Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel, pursuant to Rule 26(f)(2) of the Federal Rules of Civil Procedure, and in compliance with LR 26-1(a) of the Local Rules of Practice for the United States District Court for the District of Nevada, hereby submit their proposed Joint Discovery Plan and Scheduling ("Discovery Order"). The parties agree to the dates provided under this proposed discovery plan during an FRCP conference held on April 7, 2021. The undersigned respectfully request that the Court enter a scheduling order in conformance with the following:

1. Discovery Cut-Off Date: Defendant, State Farm was served on July 14, 2020. State Farm filed its Notice of Removal on March 26, 2021. The parties request a discovery cut-off date of 180 days from the time of the removal to ensure a sufficient amount of time is

available for depositions and expert discovery. Therefore, the discovery cut-off date is September 21, 2021.

2. Amending Pleadings and Adding Parties: The last date for filing motions to amend the pleadings or add parties shall be no later than 90 days prior to the close of discovery. Therefore, the last date to file motions to amend pleadings or add parties is June 23, 2021.

3. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): The last date for disclosure of expert witnesses shall be 60 days before the discovery cut-off date and the disclosure respecting rebuttal experts will be made 30 days after the initial disclosure of experts. Therefore, the last date for initial disclosure of experts is July 23, 2021, and the last date for rebuttal expert disclosures is August 23, 2021.

4. Dispositive Motions: The last date for filing dispositive motions is 30 days after the discovery cut-off date. Therefore, the last date to file dispositive motions is October 21, 2021.

5. Pretrial Order: The joint pre-trial order shall be filed no later than 30 days after the date set for filing dispositive motions. The last date to file pre-trial orders is November 22, 2021or 30 days from the date the Court issues its order as to any pending dispositive motions.

6. Fed. R. Civ. P. 26(a)(3) Disclosures: Unless the discovery plan otherwise provides and the court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pre-trial order.

7. Alternative Dispute Resolution: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation,

4821-9577-8533.1

arbitration, and if applicable, early neutral evaluation. The parties will further discuss the use of alternative dispute resolution processes after the close of discovery.

8. Alternative Forms of Case Disposition. The parties certify that they discussed whether to consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties do not consent to a trial by a magistrate judge, however, the parties are in discussions regarding the use of the Short Trial Program, but do not currently agree to a short trial.

9. Electronic Evidence: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties shall prepare such electronic evidence in conformance with the court's policies and procedures.

Dated: April 20, 2021.
Vannah & Vannah

/s/ Matthew R. Vannah
_____
Matthew R. Vannah, Esq.
Nevada Bar No. 006855
400 South Seventh Street, Fourth Floor
Las Vegas, Nevada 89101

*Attorney for Plaintiff,*
*Zoe Alterwitz-Greene*

Dated: April 20, 2021.
Lewis Brisbois Bisgaard & Smith LLP

/s/ Derek R. Noack
_____
Robert W. Freeman
Nevada Bar No. 3062
Cheryl A. Grames
Nevada Bar No. 12752
Derek R. Noack Esq.
Nevada Bar No. 15074
6385 S Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant,*
*State Farm Mutual Automobile Insurance Company*

**IT IS SO ORDERED.**

DATED this 21st day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4821-9577-8533.1

Page 3 of 3