1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   E-Mail: Cheryl.Grames@lewisbrisbois.com
4  DEREK R. NOACK
   Nevada Bar No. 15074
5  E-Mail: Derek.Noack@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  *Attorneys for Defendant STATE FARM MUTUAL*
   *AUTOMOBILE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ZOE ALTERWITZ-GREENE,<br><br>           Plaintiff,<br><br>      vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through 20,<br><br>           Defendants. | CASE NO. 2:21-cv-00504-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ZOE ALTERWITZ-GREENE ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, that all of the claims and causes of action within the above-entitled action (Case 2:21-cv-00504-RFB-DJA) shall

. . .

. . .

. . .

. . .

. . .

4813-2737-4054.1

be dismissed in their entirety, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 11th day of May, 2021

VANNAH & VANNAH LAW


By: /s/ Matthew Vannah
    MATTHEW VANNAH
    Nevada Bar No. 6855
    400 South Seventh St., 4th Floor
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*
    *Zoe Alterwitz-Greene*

DATED this 11th day of May, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ Derek R. Noack
    ROBERT W. FREEMAN
    Nevada Bar No. 3062
    CHERYL A. GRAMES
    Nevada Bar No. 12752
    DEREK R. NOACK
    Nevada Bar No. 15074
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendant*
    *STATE FARM MUTUAL AUTOMOBILE*
    *INSURANCE COMPANY*

**IT IS SO ORDERED.**

DATED this 12th day of May, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court